ROBBINS SCHWARTZ NICHOLAS LIFTON & TAYLOR LTD.

20 North Clark Street
Suite 900
Chicago, IL 60602-4115
312.332.7760 tel
312.332.7768 fax
www.rsnlt.com

Heidi A. Katz
hkatz@rsnlt.com
3512.06100

RECEIVED
FEB 1 3 2007
ATTORNEY GENERAL

February 13, 2007

**DELIVERED BY HAND AND**
**BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Honorable Lisa M. Madigan
Illinois Attorney General
100 W. Randolph Street – 12th Floor
Chicago, Illinois 60601

ATTENTION:  Roger P. Flahaven
Deputy Attorney General
Civil Litigation

Re:   <u>Moore, et al. v. Putnam County Community Unit School District # 535</u>
(No. 1:07-cv-1011, U.S. Dist. Ct., C.D. Ill.)
Notice of Claims of Unconstitutionality –
Mandatory board representation provisions of Illinois School Code

Dear Attorney General Madigan:

On behalf of defendant Putnam County Community Unit School District No. 535, this letter is to notify you of the above action, brought pursuant to 42 U.S.C. § 1983, in which plaintiffs assert that provisions of the Illinois School Code which prescribe the manner of electing defendant's Board of Education unconstitutionally abridge their rights as voters and would-be school board candidates to equal protection under the Fourteenth Amendment to the United States Constitution. The action also asserts that the School Code provisions in question violate Article III, Section 3 of the 1970 Illinois Constitution, which states that "[a]ll elections shall be free and equal."

To defendant's knowledge, plaintiffs have not provided notice of their claims to the Attorney General as required by Illinois Supreme Court Rule 19 in order to afford the State the opportunity to intervene for the purpose of defending the constitutionality of the challenged laws. Plaintiffs' claims are based on the contention that, as alleged in paragraph 10 of their Complaint,

> Under the provisions of 105 ILCS 5/11-A8, succeeded by 105 ILCS 5/9, only three of the seven members of the Board of Education...may reside in Township 32N R1W of the 3rd Principal Meridian [in which they allegedly reside and vote], notwithstanding the fact that a majority of the residents of said District reside in said township.

**EXHIBIT A**

CHICAGO ■ DECATUR ■ COLLINSVILLE ■ JOLIET

ROBBINS  SCHWARTZ  NICHOLAS  LIFTON  &  TAYLOR  LTD.

Illinois Attorney General Lisa M. Madigan
February 13, 2007
Page 2

Plaintiffs commenced the action in the Circuit Court of the Tenth Judicial Circuit, Putnam County on December 20, 2006. Defendant removed the action to the U.S. District Court for the Central District of Illinois on January 12, 2007. A copy of the Complaint, and of all notices and pleadings filed and orders entered in the federal court proceeding to date, are enclosed. As counsel to defendant, we are of the opinion that the claims of unconstitutionality advanced in this suit are unfounded, and intend to file the enclosed motion directed to the sufficiency of the Complaint on February 13, 2007.

The genesis of the action is reported to be plaintiffs' disagreement with a September 2006 decision of the Board of Education to renovate and construct additions to the District's elementary school in Hennepin, rather than to rebuild a storm-damaged preK-2 grade school in Granville. Because the suit contests the validity of the current Board's composition and the right of members to hold their offices, it jeopardizes the Board's ability to proceed with these needed school improvements, as well as other aspects of District operations. Moreover, plaintiffs' challenge to the constitutionality of the statutes involved critically affects not only District 535, but other Illinois school districts in which elections are subject to the mandatory board representation provisions of School Code § 9-12.

For these reasons, Putnam Community Unit School District No. 535 respectfully urges the Attorney General to intervene in the pending proceedings for the purpose of defending the constitutionality of the statutes involved.

Very truly yours,

ROBBINS, SCHWARTZ, NICHOLAS,
 LIFTON & TAYLOR, LTD.

By: Heidi A. Katz
HAK:me
Enclosures

cc: Michael Struna, Superintendent of Schools                               )   By regular
       Putnam County C.U.S.D. 535 (without enclosures)                      )   U.S. mail

    Darren R. Reisberg, General Counsel                                     )   Delivered
       Illinois State Board of Education (with enclosures)                  )   by hand

    Steven S. Sandvoss, General Counsel                                     )   By regular
       Illinois State Board of Elections (with enclosures)                  )   U.S. mail

    John A. Grivetti, Jr.                                                   )   By facsimile
    Attorney for Plaintiffs (enclosing Motion To Dismiss)                   )   transmittal