# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Julie Moore, Amy Cimei,**
**Jason Cimei, Hubert J. Mennie,**
**Cheryl Mennie, Robert Borri and**
**Nancy Borri**

vs.

Case Number: **07-1011**

**Putnam County Community School District #535**

    **DECISION BY THE COURT.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Complaint is dismissed.

ENTER this 18th day of June, 2007

s/John M. Waters
JOHN M. WATERS, CLERK

s/R. Knox
BY:  DEPUTY CLERK

07-1011.wpd